## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LIANG CHONG FAY,

              Petitioner,

    v.

WARDEN, et al.,

              Respondents.

Case No. 5:26-CV-00961-JGB-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus is to be issued requiring Petitioner's (A# 022-090-877) immediate release subject to the terms and conditions of his prior OSUP;

(3) that Respondents file a status report within seven (7) calendar days from the date of this order confirming Petitioner's release and compliance with this order; and

(4) the action is dismissed with prejudice.

Dated: June 25, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE