JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANG CHONG FAY,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, et al.,<br><br>                    Respondents. | Case No. 5:26-CV-00961-JGB-MBK<br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.



Dated: June 25, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE